Heather A. Barnes – 263107
    hbarnes@mpbf.com
I. Hooshie Broomand - 210206
    hbroomand@mpbf.com
Aman Joea - 336300
    ajoea@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
520 Capitol Mall, Suite 250
Sacramento, CA  95814
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

Attorneys for Defendant
WHELE, LLC DBA PERCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN NELSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>WHELE, LLC dba PERCH,<br><br>             Defendants. | Case No.: 4:23-cv-00430-HSG<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

      PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant WHELE, LLC dba PERCH ("PERCH") may have additional time within which to answer or otherwise respond to Plaintiff's complaint. As set forth in greater detail herein, the parties request that the last day for defendant to answer or otherwise respond to plaintiff's complaint is March 29, 2023 based on the following:

      1)     On January 30, 2023, Plaintiff JORDON NELSON ("NELSON") filed the current complaint. [Dkt. No. 1-5]

/ / /

- 1 -

STIPULATION RE: EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

CASE NO.
4:23-CV-00430

2) On February 22, 2023, NELSON served defendant WHELE LLC dba PERCH. [Dkt. No. 10]

3) PERCH, a Delaware Limited Liability Company with its office in Boston, Massachusetts immediately began to identify and retain a law firm in California immediately after being served with the lawsuit and retained Heather A. Barnes and I. Hooshie Broomand, with the law firm of Murphy Pearson Bradley & Feeney.

4) Newly hired counsel for PERCH immediately reached out to counsel for NELSON to discuss the matter and to seek an extension in which to respond given the complexity of the allegations alleged including causes of action for (1) Violation of California's Consumers Legal Remedies Act ("CLRA") (2) Violation of California's Unfair Competition Law; (3) Fraud; (4) Unjust Enrichment, (5) Breach of Implied Warranties; and (6) Violation of the Magnuson-Moss Warranty Act.  Plaintiff also alleges that this matter is a potential class action matter.

5) The Current deadline in which to provide a response is on March 15, 2023 and PERCH seeks only a two-week extension to March 29, 2023 through this stipulation.

Good cause exists for this extension as defense counsel has just been retained to defend this matter.  Further, counsel requires time to become knowledgeable about the client and the case, which contains complex allegations, and, according to the complaint, will eventually seek a class certification.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Defendant PERCH's last date to answer or otherwise respond to the initial Complaint is extended to March 29, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: March 8, 2023

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/*I. Hooshie Broomand*
Heather A. Barnes
I. Hooshie Broomand
Aman Joea
Attorneys for Defendant
WHELE, LLC DBA PERCH

Dated: March 8, 2023

BURSOR & FISHER, P.A.

By /s/*L. Timothy Fisher*
L. Timothy Fisher
Attorneys for Plaintiff

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before    3/29/2023   .

Dated:   3/9/2023

Hon. Haywood S. Gilliam, Jr.
U.S. Northern District Court Judge

- 3 -