1  Heather A. Barnes – 263107
       hbarnes@mpbf.com
2  I. Hooshie Broomand - 210206
       hbroomand@mpbf.com
3  Aman K. Joea - 336300
       ajoea@mpbf.com
4  MURPHY, PEARSON, BRADLEY & FEENEY
   520 Capitol Mall, Suite 250
5  Sacramento, CA  95814
   Telephone:    (916) 565-0300
6  Facsimile:     (916) 565-1636

7  Attorneys for Defendant
   WHELE, LLC DBA PERCH
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13 | JORDAN NELSON, individually and on behalf of all others similarly situated, | Case No.: 4:23-cv-00430-HSG |
| --- | --- |
| Plaintiff, | **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| WHELE, LLC dba PERCH, | |
| Defendants. | |

20     PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6, IT IS HEREBY

21 STIPULATED by and between the parties hereto through their respective attorneys that Defendant

22 WHELE, LLC dba PERCH ("PERCH") may have additional time within which to answer or otherwise

23 respond to Plaintiff's complaint. As set forth in greater detail herein, the parties request that the last day

24 for defendant to answer or otherwise respond to plaintiff's complaint is April 28, 2023 based on the

25 following:

26     1)     On January 30, 2023, Plaintiff JORDON NELSON ("NELSON") filed the current

27 complaint. [Dkt. No. 1-5]

28 / / /

2) On February 22, 2023, NELSON served defendant WHELE LLC dba PERCH. [Dkt. No. 10]

3) PERCH, a Delaware Limited Liability Company with its office in Boston, Massachusetts immediately began to identify and retain a law firm in California immediately after being served with the lawsuit and retained Heather A. Barnes and I. Hooshie Broomand, with the law firm of Murphy Pearson Bradley & Feeney.

4) Newly hired counsel for PERCH immediately reached out to counsel for NELSON to discuss the matter and to seek an extension in which to respond given the complexity of the allegations alleged including causes of action for (1) Violation of California's Consumers Legal Remedies Act ("CLRA") (2) Violation of California's Unfair Competition Law; (3) Fraud; (4) Unjust Enrichment, (5) Breach of Implied Warranties; and (6) Violation of the Magnuson-Moss Warranty Act.  Plaintiff also alleges that this matter is a potential class action matter.

5) On March 9, 2023, PERCH filed a Stipulation re: Extension of Time to Respond to Plaintiff's Complaint, in which all parties stipulated to a two-week extension from March 15, 2023 to March 29, 2023 to respond to Plaintiff's Complaint. [Dkt. No. 11]

6) Pursuant to the parties' stipulation, the Court order that PERCH should answer or otherwise respond to Plaintiff's complaint on or before March 29, 2029. [Dkt. No. 12]

7) The Current deadline in which to provide a response is on March 29, 2023 and PERCH seeks only an additional thirty-day extension to April 28, 2023 through this stipulation.

Good cause exists for this extension as both parties are in active discussions regarding the resolution of this matter through settlement or other methods of alternative dispute resolution. As this case contains complex allegations, both parties need additional time to further investigate and discuss each cause of action and its resolution. The parties agree that neither NELSON nor PERCH will be prejudiced by this requested extension of time.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Defendant PERCH's last date to answer or otherwise respond to the initial Complaint is extended to April 28, 2023.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: March 28, 2023

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/*I. Hooshie Broomand*
    Heather A. Barnes
    I. Hooshie Broomand
    Aman K. Joea
    Attorneys for Defendant
    WHELE, LLC DBA PERCH

Dated: March 28, 2023

BURSOR & FISHER, P.A.

By /s/*L. Timothy Fisher*
    L. Timothy Fisher
    Attorneys for Plaintiff

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before 4/28/2023.

Dated: 3/28/2023

Hon. Haywood S. Gilliam, Jr.
U.S. Northern District Court Judge