Heather A. Barnes – 263107
hbarnes@mpbf.com
I. Hooshie Broomand - 210206
hbroomand@mpbf.com
Aman K. Joea - 336300
ajoea@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
520 Capitol Mall, Suite 250
Sacramento, CA 95814
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
WHELE, LLC DBA PERCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JORDAN NELSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WHELE, LLC dba PERCH,

Defendants.

Case No.: 4:23-cv-00430-HSG

**THIRD STIPULATION RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER (as modified)**

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant WHELE, LLC dba PERCH ("PERCH") may have additional time within which to answer or otherwise respond to Plaintiff's complaint. As set forth in greater detail herein, the parties request that the last day for defendant to answer or otherwise respond to plaintiff's complaint is June 27, 2023 based on the following:

1) On January 30, 2023, Plaintiff JORDAN NELSON ("NELSON") filed the current complaint. [Dkt. No. 1-5]

/ / /

2) On February 22, 2023, NELSON served defendant WHELE LLC dba PERCH. [Dkt. No. 10]

3) PERCH, a Delaware Limited Liability Company with its office in Boston, Massachusetts immediately began to identify and retain a law firm in California immediately after being served with the lawsuit and retained Heather A. Barnes and I. Hooshie Broomand, with the law firm of Murphy Pearson Bradley & Feeney.

4) Newly hired counsel for PERCH immediately reached out to counsel for NELSON to discuss the matter and to seek an extension in which to respond given the complexity of the allegations alleged including causes of action for (1) Violation of California's Consumers Legal Remedies Act ("CLRA") (2) Violation of California's Unfair Competition Law; (3) Fraud; (4) Unjust Enrichment, (5) Breach of Implied Warranties; and (6) Violation of the Magnuson-Moss Warranty Act. Plaintiff also alleges that this matter is a potential class action matter.

5) On March 9, 2023, PERCH filed a Stipulation re: Extension of Time to Respond to Plaintiff's Complaint, in which all parties stipulated to a two-week extension from March 15, 2023 to March 29, 2023 to respond to Plaintiff's Complaint. [Dkt. No. 11]

6) Pursuant to the parties' stipulation, the Court order that PERCH should answer or otherwise respond to Plaintiff's complaint on or before March 29, 2029. [Dkt. No. 12]

7) On March 28, 2023, PERCH filed a second Stipulation re: Extension of Time to Respond to Plaintiff's Complaint, in which all parties stipulated to a thirty-day extension from March 29, 2023 to April 28, 2023 to respond to Plaintiff's Complaint. [Dkt. No. 13]

8) Pursuant to the parties' stipulation, the Court order that PERCH should answer or otherwise respond to Plaintiff's complaint on or before April 28, 2023. [Dkt. No. 14]

9) The parties have been exchanging information informally in an attempt to possibly resolve this matter and have held multiple conferences on the same.

10) The Current deadline in which to provide a response is on April 28, 2023 and PERCH seeks only an additional sixty-day extension to June 27, 2023 through this stipulation.

Good cause exists for this extension as both parties are in active discussions regarding the resolution of this matter through settlement or other methods of alternative dispute resolution. As this

case contains complex allegations, both parties need additional time to further investigate and discuss each cause of action and its resolution. The parties agree that neither NELSON nor PERCH will be prejudiced by this requested extension of time.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Defendant PERCH's last date to answer or otherwise respond to the initial Complaint is extended to June 27, 2023.

(2) The current case management conference scheduled for May 9, 2023 be continued for a period of 60 days.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: April 24, 2023

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/*I. Hooshie Broomand*
Heather A. Barnes
I. Hooshie Broomand
Aman K. Joea
Attorneys for Defendant
WHELE, LLC DBA PERCH

Dated: April 24, 2023

BURSOR & FISHER, P.A.

By /s/*L. Timothy Fisher*
L. Timothy Fisher
Attorneys for Plaintiff

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before June 27, 2023.

IT IS FURTHER ORDERED that the Telephonic Case Management Conference is continued from May 9, 2023 to July 11, 2023 at 2:00 p.m. Corresponding dates are as follow:

Last Day to File Joint Case Management Statement is continued to July 5, 2023.

Last Day to file ADR Stipulation and Proposed Order is continued to July 5, 2023.

NOTE: All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

Dated: 4/25/2023

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
U.S. Northern District Court Judge